# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 7, 2012

145328

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v

LAWRENCE R. J. BUCKNER,
          Defendant-Appellant.

SC: 145328
COA: 308946
Saginaw CC: 09-032840-FH

_____/

On order of the Court, the application for leave to appeal the May 29, 2012 order of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 7, 2012

_____
Clerk

h1031